MURFS *vs* HARDING et al.

1. Appeals to the Circuit court from the judgment of a justice of the peace, are to be tried *de novo.*

2. Open accounts do not necessarily carry interest, and if they 'do, it is in the power of the plaintiff to release the same; and thus bring his claim below the sum of twenty dollars; and so prove the demand by his own oath.

Error to the Circuit court of Perry county.

Appeal from a justice of the peace. In this case, the parties having appeared before the justice, on the investigation of the case, the defendants not being able to resist successfully the entire claim of the plaintiffs, judgment was rendered against them for twenty dollars, and the costs. Defendants, being dissatisfied with the judgment, prayed an appeal to the next Circuit court, which was granted.

And, at the Fall term, eighteen hundred and thirty-five of the Circuit court of Perry county, defendants moved the court to quash the summons issued in the case, by the justice, on the ground that the plaintiffs were described as a firm, and because their christian and surnames were not fully and severally set out; which motion, being considered by the court, was overruled, and it was considered by the court that the said summons was good and legal: whereupon, the plaintiffs submitted the cause for trial, alleging that the sum claimed, did not exceed twenty dollars—and, having failed to produce any evidence to sustain or prove their cause of action, it was considered by the court, that the said plaintiffs recover nothing by their said suit; and that defendants go hence, without day, and recover of said

plaintiffs, their costs by them in that behalf expended, for which execution might issue, &c.   To which plaintiffs excepted, &c.

The bill of exceptions stated, that on the trial of the cause the plaintiffs offered to prove their account of twenty dollars, by their own oath — being the amount for which the justice below had rendered judgment in favor of the plaintiffs, on an open account. The court refused to permit the plaintiffs to testify, on the ground, that the interest which had accumulated on the judgment below, had increased the amount to more than twenty dollars, notwithstanding plaintiffs offered on the trial to release all interest, if any had accrued on said judgment.   To which plaintiffs excepted, &c.

And the said plaintiffs now assigned for error, the decision of the Circuit court excepted to, as stated in the bill of exceptions.

*J. B. Clark*, for plaintiffs in error.
*Erwin*, contra.

ORMOND, J.—This was an appeal from the judgment of a justice of the peace.   The sum claimed was due by open account, and judgment was rendered for the plaintiffs, by the justice, for twenty dollars.

On the trial, in the Circuit Court, the plaintiffs offered to establish the truth of the account, by their own oath, which was refused by the court, on the ground that the interest, which had accrued on the judgment below, had increased the amount to more than twenty dollars—notwithstanding the plaintiffs offered to release the interest.

There was judgment for the defendants, and writ of error to this court.

The Circuit court erred.   By the appeal, the cause was to be tried *de novo.*   The account did not neces-

sarily carry interest; and if it did, it was in the power of the plaintiffs not to claim it.

The judgment must be reversed and the cause remanded.